UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 04299
   ANN M BERTUCCI VEAR
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-2912
```

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/18/06 and confirmed on 10/06/06.

   2.  The case was dismissed after confirmation, 02/22/2008.

   3.  The Debtor paid a total of $  12437.67 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 3488.70 | .00 | 3488.70 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 8242.84 | .00 | 7689.76 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL NE | NOTICE ONLY | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | .00 |
| ASSOCIATED NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DAVID AXELROD | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY ANESTHESIOLO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7024.70 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1486.87 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HOMECOMINGS FINANCIAL NE | MORTGAGE ARRE | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 678.49 | .00 | 678.49 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 910.29 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 1771.13 | .00 | .00 |

```
OPTION ONE MTGE            MORTGAGE ARRE         .00              .00            .00
FIRST MIDWEST BANK         MORTGAGE ARRE         .00              .00            .00
DAVID P LEIBOWITZ          ORIGINAL ATTO NOT FILED                .00            .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12410.03          .00     11192.99         .00      23603.02
PRINCIPAL PAID      11856.95          .00          .00         .00      11856.95
INTEREST PAID            .00          .00          .00         .00            .00
TOTAL PAID          11856.95          .00          .00         .00      11856.95
```

The Debtor's attorney, RICHARD MANN                   , was allowed $   3000.00
and was paid $   3000.00   direct and $      .00   through the plan.

The Trustee received $     580.72 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/21/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 04299 ANN M BERTUCCI VEAR